# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

In Re:                                                                  Case No. **12-21054**
**LARRY PAUL ADAMS**                                  Chapter 13 Bankruptcy
                                                                     Honorable Daniel S. Opperman

                                               Debtors/
_____

## DEBTOR'S NOTICE OF WITHDRAWAL OF OBJECTION TO THE PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICE [CLAIM NO. 2]

NOW COMES the debtor LARRY PAUL ADAMS, by and through his attorneys, REINERT & REINERT, by Michael C. Reinert, and hereby withdraws the objection he filed on April 11, 2012 to the proof of claim filed by the Internal Revenue Service and designated on the Court's Claims Register as Claim No. 2. The objection has been resolved with agreed upon language that will be inserted in the Order Confirming Plan.

                                                     REINERT & REINERT

Date: June 27, 2012                           /s/ Michael C. Reinert
                                                   MICHAEL C. REINERT (P26898)
                                                   Attorney for Debtor(s)
                                                   3434 Davenport Avenue
                                                   Saginaw, MI 48602
                                                   (989)799-8860 Phone <> (989)799-8861 Fax
                                                   mchurch@mcreinert.com

Prepared by:
Reinert & Reinert
By: Michael C. Reinert (P26898)
Attorney for Debtor