# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

LARRY PAUL ADAMS

CHAPTER 13 PROCEEDING
CASE NUMBER: 12-21054
HONORABLE DANIEL S. OPPERMAN

      Debtor                   /

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, **IT IS HEREBY ORDERED** that the debtor(s) Chapter 13 Plan as last amended, if at all, is confirmed.

**IT IS FURTHER ORDERED** that the claim of Joshua M. Reinert, Attorney for debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees, and that the portion of such claim which has not already been paid, to wit $3,000.00 shall be paid by the trustee as an administrative expense of this case.

All timely filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the trustee is therefore **ORDERED** to make distribution on these claims pursuant to the terms of the Chapter 13 Plan, as well as all fees due the clerk pursuant to statute.

**IT IS FURTHER ORDERED** that this plan shall pay the general unsecured claim of the Department of Treasury – Internal Revenue Service for tax and interest due for tax periods 9/30/06 and 12/31/06 WT-FICA and FUTA taxes. This portion of the claim will be paid in full in equal monthly installments after payment of the allowed administrative expenses. The portion of the claim for 12/31/06 personal income taxes shall be treated as a general unsecured claim.

Approved as to Form & Content:

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr. (P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

/s/Michael C. Reinert
Michael C. Reinert (P26898)
Attorney for debtor(s)
3434 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 790-8860
email: mchurch@mcreinert.com

/s/Julia A. Caroff
Julia A. Caroff (Penna. Bar No. 37949)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Telephone: (313) 226-9772
Email: Julia.Caroff@usdoj.gov

/s/Nathan A. Gambill
Nathan A. Gambill (P75506)
Assistant Attorney General
Revenue & Collections Division
P.O. Box 30754
Lansing, Michigan 48909
Telephone: (517) 373-3203
Email: GambillN@michigan.gov

**Signed on September 13, 2012**

                                          **/s/ Daniel S. Opperman**
                                          **Daniel S. Opperman**
                                          **United States Bankruptcy Judge**